**STATE of Missouri, Respondent,**

v.

**Danny R. ODOM, Appellant.**

**No. WD 38384.**

Missouri Court of Appeals, Western District.

Aug. 25, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 29, 1987.

Application to Transfer Denied Nov. 17, 1987.

Kathleen Murphy Markie, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Karen A. King, Philip M. Koppe, Asst. Attys. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and BERREY and GAITAN, JJ.

**ORDER**

PER CURIAM.

Appeal from jury trial convictions of two counts of burglary in the second degree, § 569.170 RSMo 1978, and two counts of stealing $150 or more, § 570.030 RSMo 1978, and sentence as a persistent offender to four consecutive fifteen-year terms of imprisonment.

Judgment affirmed. Rule 30.25(b).